UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x   Chapter 11

In re

    NEW 97 CLEANERS, INC., dba          Case No.10-14151-ajg
    YOUNG'S VALET CLEANERS,           Case Assigned to:
                  Debtor.

                                     Hon. Arthur J. Gonzalez
                                     United States Bankruptcy Judge

------------------------------------------------------------------x

## NOTICE OF APPEARANCE, REQUEST FOR SERVICE

SIRS:

    **PLEASE TAKE NOTICE,** that TCF Equipment Finance, Inc.., a creditor New 97 Cleaners, Inc., dba Young's Valet Cleaners ("Debtor") debtor in the above captioned Chapter 11 case, by its attorneys Helfand & Helfand, demands, pursuant to 11 U.S.C. § 1109(b) and Rule 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure, that all notices given or required to be given in this case and all papers served or required to be services or required to be served on TCF Equipment Finance, Inc..be served upon the undersigned at the following office address, facsimile number, telephone number and email address:

                Helfand & Helfand
                350 Fifth Avenue, Ste. 2826
                New York, New York 10118
                (212) 599-3303
                (212) 599-3029
                Attn: Andrew B. Helfand, Esq.
                      Michael C. D'Aries, Esq.
                Email address: ahelfand@helfandlaw.com
                             mdaries@helfandlaw.com

    **PLEASE TAKE FURTHER NOTICE**, that pursuant to §1109(b) of the Bankruptcy Rules, the foregoing demand includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted of conveyed by mail, delivery, telephone or telegraph

facsimile transmission or otherwise, which may affect or seek to affect any rights or interest of the above-captioned debtor, any creditor, or any other party in interest in the above case.

**PLEAST TAKE FURTHER NOTICE,** that this notice of appearance and demand for service of papers is without prejudice to the rights, remedies, and claims of TCF Equipment Finance, Inc. and shall not be deemed or construed to be a waiver of its rights to: (1) have final orders in non-core matters entered only after *de novo* review by a District Judge; (2) trial by jury in any proceeding related to these cases; or (3) have the District Court withdraw the reference in ay matter subject to mandatory or discretionary withdrawal, or (4) any other rights, claims, actions, setoffs, or recoupments to which Accord or Summit is or may be entitled, in law or equity, all of which rights, claims, actions defenses, setoffs, and recoupments are expressly reserved.

Dated: September 15, 2010

        HELFAND & HELFAND
        Attorneys for Secured Creditor

By:   /s/ Andrew B. Helfand
      ANDREW B. HELFAND
      350 Fifth Avenue, Ste. 2826
      New York, New York 10118
      Telephone: (212) 599-3303